

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HECTOR GOMEZ, | § | No. 08-18-00136-CV |
| | § | |
| Appellant, | | Appeal from the |
| v. | § | |
| | | 383rd District Court |
| SUSANA GOMEZ, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 2011-CM-3393) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF MARCH, 2020.

MICHAEL MASSENGALE, Visiting Justice

Before Alley, C.J., Palafox, and Massengale, JJ.
Massengale, Visiting Justice (Sitting by Assignment)